UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
In re Fairfield Sentry Ltd.,    :
et al. Redeemer Actions         :           Briefing Order (LAP)
                                :
-------------------------------x
                                :
This order applies to the       :
following actions:              :
                                :
10 Civ. 7527, 10 Civ. 7529,     :
10 Civ. 7583, 10 Civ. 7598,     :
10 Civ. 7599, 10 Civ. 7612,     :
10 Civ. 7613, 10 Civ. 7619,     :
10 Civ. 7620, 10 Civ. 7741,     :
10 Civ. 7773, 10 Civ. 7774,     :
10 Civ. 7775, 10 Civ. 7776,     :
10 Civ. 7807, 10 Civ. 7808,     :
10 Civ. 8198.                   :
                                :
-------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/10

Loretta A. Preska, Chief United States District Judge:

    The parties in the above-captioned actions are directed to file briefs on the pending motions to withdraw the reference to bankruptcy court and remand to state court as follows: Plaintiffs are permitted to file (1) a single opposition brief for all cases, not to exceed twenty-five pages, on the withdrawal of the reference issue and (2) a single opposition brief for all cases, not to exceed twenty-five pages, on the remand/abstention issue.  Each defendant may file a single brief not to exceed twenty-five pages in reply.  Unless otherwise ordered, opposition briefs are due November 5, 2010, and any

replies are due November 12, 2010.  Defendants are encouraged to consolidate briefing efforts to the extent possible.

SO ORDERED.

Dated:     November 2, 2010
           New York, New York

                                    _____
                                    LORETTA A. PRESKA
                                    Chief U.S. District Judge

2