BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800

*Counsel for Plaintiff Fairfield Sentry Limited (In Official Liquidation), by and through its Foreign Representatives*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **Fairfield Sentry Limited (In Official Liquidation), Fairfield Sigma Limited (In Official Liquidation), and Fairfield Lambda Limited (In Official Liquidation), acting by And through The Foreign Representatives thereof,** <br>   Plaintiffs,<br><br> -against- <br><br> **SNS Global Custody and Beneficial Owners of Accounts Held in the Name of SNS Global Custody 1-1000,** <br>   Defendants. | No. 10-CV-7529 (LAP) |

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Amy J. Cunningham, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Queens, New York.

On the 1st day of November, 2010, I caused to be served true and correct copies of the (1) Foreign Representatives' Memorandum Of Law In Opposition To Defendants' Motion To Withdraw Automatic Reference To Bankruptcy Court, and (2) Foreign Representatives' Memorandum Of Law In Opposition To Defendants' Motion To

Remand Or Abstain (3) Declaration of Kerry L. Quinn In Opposition, dated October 29, filed in this proceeding, by enclosing same in a postage pre-paid envelope to be delivered via first class mail and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon the following:

Beneficial Owners Of The Accounts Held In The
Name Of SNS Global Custody 1-1000
c/o SNS Global Custody
Pettelaarpark 120
Postbus 70053
5201 Dz's Hertogenbosch
The Netherlands

Beneficial Owners Of The Accounts Held In The
Name Of SNS Global Custody 1-1000
c/o SNS Global Custody
c/o SNS Reaal
P.O. Box 8444
3503 RK Utrecht
The Netherlands

_____
Amy J. Cunningham

Sworn to before me this
2nd day of November, 2010.

_____
Notary Public

# 8275659 v2 - GILERE - 028512/0001

CHRISTOPHER M. LAU KAMG
Notary Public, State of New York
No. 01LA6138897
Qualified in Kings County
Commission Expires December 27, 2013