Case 1:10-cv-07841-LAP   Document 9   Filed 11/08/10   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
In re Fairfield Sentry Ltd.,    :
et al. Litigation               :
                                :
-------------------------------x

<u>Order</u>

10 Civ. 7340
10 Civ. 7341
10 Civ. 7342
10 Civ. 7343
10 Civ. 7344
10 Civ. 7395
10 Civ. 7396
10 Civ. 7397
10 Civ. 7398
10 Civ. 7407
10 Civ. 7408
10 Civ. 7410
10 Civ. 7411
10 Civ. 7521
10 Civ. 7527
10 Civ. 7529
10 Civ. 7583
10 Civ. 7598
10 Civ. 7599
10 Civ. 7612
10 Civ. 7613
10 Civ. 7619
10 Civ. 7620
10 Civ. 7629
10 Civ. 7630
10 Civ. 7631
10 Civ. 7694
10 Civ. 7725
10 Civ. 7726
10 Civ. 7741
10 Civ. 7773
10 Civ. 7774
10 Civ. 7775
10 Civ. 7776
10 Civ. 7807
10 Civ. 7808
10 Civ. 7841
10 Civ. 7931
10 Civ. 7959
10 Civ. 8198

Loretta A. Preska, Chief United States District Judge:

    The Clerk of the Court is asked to mark the above-captioned actions as related.

SO ORDERED.

Dated:    November 8, 2010
            New York, New York

                                                        _____
                                                        LORETTA A. PRESKA
                                                        Chief U.S. District Judge