UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Fairfield Sentry Limited., *et al.*,<br><br>         Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (BRL)<br>Jointly Administered |
| Fairfield Sentry Limited (In Liquidation), *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>SNS Global Custody and Beneficial Owners of the Accounts Held In the Name of SNS Global Custody 1-1000,<br><br>         Defendants. | Case No. 10-07529 (LAP) |

**DECLARATION OF JEREMY S. WINER IN SUPPORT OF THE
REPLY MEMORANDUM IN FURTHER SUPPORT OF SNS GLOBAL'S
MOTION TO VOID OR WITHDRAW THE REFERENCE,
AND, UPON VOIDING OR WITHDRAWAL, TO REMAND OR ABSTAIN**

I, Jeremy S. Winer, hereby declare under penalty of perjury as follows:

1. I am a counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for SNS Global Custody B.V. in the above-captioned action. I respectfully submit this declaration in support of the Reply Memorandum in Further Support of SNS Global's Motion to Void or Withdraw the Reference, and, Upon Voiding or Withdrawal, to Remand or Abstain.[1]

---

[1] In filing this Declaration, SNS is not admitting any fact or waiving any right or defense, including, without limitation, in respect of the adequacy of service and the personal jurisdiction of the Court over SNS or any other defendant in this Action. SNS does not hereby submit to the jurisdiction of any court, and expressly reserves all of its rights and defenses in respect of personal jurisdiction.

- 1 -

2. Attached hereto as Exhibit A is a true and correct copy of the Memorandum of Law in Support of Plaintiffs' Motion for Remand and/or Abstention, filed in *Krys v. Sugrue*, No. 08-cv-3086 (S.D.N.Y. 2008) (Docket No. 42).

3. Attached hereto as Exhibit B is a true and correct copy of the Plaintiffs' Reply Memorandum of Law in Further Support of Motion for Remand and/or Abstention, filed in *Krys v. Sugrue*, No. 08-cv-3086 (S.D.N.Y. 2008) (Docket No. 98).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2010
New York, NY

*/s/ Jeremy S. Winer*
Jeremy S. Winer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel. (212) 230-8800
Fax (212) 230-8888

*Counsel to SNS Global Custody B.V.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November 2010, a copy of the foregoing Reply Memorandum in Further Support of SNS Global's Motion to Void or Withdraw the Reference, and, upon Voiding or Withdrawal, to Remand or Abstain, the declaration of Jeremy S. Winer in support thereof, and exhibits A and B to the declaration were filed with the Court through the CM/ECF system. The foregoing was served on counsel of record via the Court's CM/ECF system.

                                      /s/ Jeremy Winer
                                      Jeremy Winer